| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aztec/Shaffer, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **20-35599** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 20, 2020**     X **/s/ A. Kelly Williams**
Signature of individual signing on behalf of debtor

**A. Kelly Williams**
Printed name

**Managing Director**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Aztec/Shaffer, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **20-35599** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PGA Champ Management**<br>**112 PGA Tour Blvd.**<br>**Ponte Vedra Beach, FL 32082** | Gordon Strickland<br><br>GordonStrickland@pgatourhq.com | Overpayment | | | | $6,431,058.60 |
| **Colonial Country Club**<br>**3735 Country Club Circle**<br>**Fort Worth, TX 76109** | Michael Tothe<br>817-840-2219<br>mtothe@colonialfw.com | Overpayment | | | | $689,119.15 |
| **Travelers Championship**<br>**90 State House Square**<br>**Hartford, CT 06103** | Kevin Harrington<br>860-982-2044<br>kharrington@travelerschampionship.com | Overpayment | | | | $661,210.66 |
| **Sunbelt Rentals AMEX**<br>**PO Box 409211**<br>**Atlanta, GA 30384-9211** | Lasha Carson<br>614-541-5340<br>lasha.carson@sunbeltrentals.com | Equipment Rental | | | | $553,402.65 |
| **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | Shawn McDowell<br>shawn.m.mcdowell@aexp.com<br>512-894-5044<br>480-296-6784 | Company Credit Card | | | | $485,969.46 |
| **Vinson & Elkins**<br>**PO Box 301019**<br>**Dallas, TX 75303-1019** | Erec R. Winandy<br>713-758-2222<br>ewinandy@velaw.com | Professional Services | | | $10,000 Retainer | $291,448.44 |
| **3M Open**<br>**11074 Rodisson Rd.**<br>**Blaine, MN 55449** | Jennifer Hines<br>763-783-9000<br>jhines@3mopen.com | Overpayment | | | | $244,661.16 |

| Debtor | Aztec/Shaffer, LLC | Case number *(if known)* | 20-35599 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Astros Golf Foundation<br>501 Crawford Street, Suite 500<br>Houston, TX 77002 | Colby Callaway<br>210-219-3538<br>ccallaway@astrosgolf.com | Overpayment | | | | $139,289.18 |
| Fabritex, Inc.<br>1755 Zion CME Church Rd.<br>Hartwell, GA 30643 | Alexis Joiner<br>706-376-6584 x225<br>alexis@fabritex.com | Rental Inventory | | | | $134,050.50 |
| Mainline Carpets<br>PO BOX 3026<br>Dalton, GA 30721 | Sandra Bailey<br>800-227-3083<br>sandrabailey@mainlinecarpets.com | Carpet/Mesh | | | | $133,967.64 |
| Sanderson Farms Championship<br>576 Highland Colony Parkway Suite 110<br>Ridgeland, MS 39157 | Jonah Beck<br>601-898-4653<br>jonah@sandersonfarmschampionship.com | Overpayment | | | | $129,390.75 |
| Absolute Logistics, LLC<br>PO Box 1832<br>Ardmore, OK 73402 | Peggy Reece<br>580-798-4310<br>absoluteinc@cableone.net | Freight | | | | $103,625.00 |
| Exeter 10901 Tanner, L.P.<br>101 West Elm Street, Suite 600<br>Conshohocken, PA 19428 | Tammy Diezi<br>832-256-7991<br>tdiezi@exeterpg.com | Rent | | | $145,000 Security Deposit | $102,000.00 |
| Amerisure Mutual Insurance Co.<br>Lockbox #730502<br>Dallas, TX 75373-0502 | Shari Fowler-Fazica<br>800-842-0626<br>slower@amerisure.com | Insurance | | | | $92,502.32 |
| Latham & Watkins<br>PO BOX 2130<br>Carol Stream, IL 60132-2130 | Cathy Birkeland<br>312-876-7700<br>cathy.berkeland@lw.com | Professional Services | | | $50,000 Retainer | $86,781.28 |
| UnitedHealthcare<br>22561 Network Place<br>Chicago, IL 60673-1225 | Jane Mayer<br>218-279-7933<br>jane_a_mayer@uhc.com | Benefits | | | | $71,434.27 |
| Enterprise FM Trust<br>PO Box 800089<br>Kansas City, MO 64180-0089 | Allen Caswell<br>713-300-9115<br>Allen.L.Caswell@efleets.com | Fleet | | | | $70,970.33 |

Debtor **Aztec/Shaffer, LLC**
Name

Case number *(if known)* **20-35599**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wrinkle, Gardner & Company, P.C.**<br>PO Box 1707<br>Friendswood, TX 77549 | Sandy Reeves<br>281-338-1120<br>sreeves@wrinklegardner.com | Professional Services | | | | $67,040.21 |
| **Extended Stay**<br>PO Box 49289<br>Charlotte, NC 28277-0076 | Cori Alvidrez<br>980-345-1654<br>calvidrez@extendedstay.com | Housing | | | | $64,425.16 |
| **Texas Outhouse**<br>PO Box 4509-1<br>Houston, TX 77210-4509 | Paulette Atkins<br>713-785-8051<br>collections@gtxwaste.com | Sub-Rental | | | | $64,235.16 |
| **Trinity Logistics Inc.**<br>PO Box 536203<br>Pittsburgh, PA 15253 | Jolene Moorefield<br>443-245-1110<br>jolene.moorefield@trinitylogistics.com | Freight | | | | $45,295.00 |
| **alterDomus**<br>225 W. Washington Street, 9th Floor<br>Chicago, IL  60606 | Sam Buhler<br>312-605-1009<br>samuel.buhler@alterdomus.com | AIG Agent Fees | | | | $40,000.00 |
| **Event Carpet Pros, Inc.**<br>14301 Alondra Blvd.<br>La Mirada, CA 90638 | Alma Recinos<br>714-522-7600<br>alma@eventcarpetpros.com | Merchandise | | | | $35,712.00 |
| **Volm Companies, Inc.**<br>BIN 88589<br>Milwaukee, WI 53288-0589 | Monica Peterson<br>715-627-3637<br>ar@volmcompanies.com | Carpet/Mesh | | | | $34,885.44 |
| **Fred's Tents**<br>420 Hudson River Road<br>Waterford, NY 12188 | Linda<br>518-233-8368<br>linda@wemaketents.com | Sub-Rental | | | | $34,565.30 |
| **Midsouth Glass Co., Inc.**<br>330 S. Parkway W.<br>Memphis, TN 38109 | Nancy Jordan<br>901-947-4146<br>nancy@midco-mfg.com | Rental Inventory | | | | $28,344.00 |
| **Hendee Enterprises, Inc.**<br>9350 South Point Drive<br>Houston, TX 77054 | Michelle Canady<br>713-796-6152<br>michellec@hendee.com | Supplies | | | | $27,886.76 |
| **Lyondell Chemical Company**<br>c/o APR<br>PO Box 370<br>Mt. Pleasant, SC 29465 | Adam Fontaine<br>843-416-2484<br>afontaine@apaudit.com | Overpayment | | | | $24,491.31 |

| Debtor | Aztec/Shaffer, LLC | | | Case number *(if known)* | | 20-35599 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Best Value Carriers, LLC**<br>**2526 Valleydale Road**<br>**Hoover, AL 35244** | Harry Doles<br>855-293-2378<br>bvc.harry@gmail.com | Freight | | | | $22,940.00 |
| **Meyer, Knight & Williams**<br>**8100 Washington Avenue**<br>**Suite 1000**<br>**Houston, TX 77007** | 713-868-2222<br>ldk@mkwlaw.com | Professional Services | | | | $21,489.45 |

Fill in this information to identify the case:
Debtor name  **Aztec/Shaffer, LLC**
United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**
Case number (if known):  **20-35599**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PGA Champ Management**<br>112 PGA Tour Blvd.<br>Ponte Vedra Beach, FL 32082 | Gordon Strickland<br><br>GordonStrickland@pgatourhq.com | Overpayment | | | | $6,431,058.60 |
| **Colonial Country Club**<br>3735 Country Club Circle<br>Fort Worth, TX 76109 | Michael Tothe<br>817-840-2219<br>mtothe@colonialfw.com | Overpayment | | | | $689,119.15 |
| **Travelers Championship**<br>90 State House Square<br>Hartford, CT 06103 | Kevin Harrington<br>860-982-2044<br>kharrington@travelerschampionship.com | Overpayment | | | | $661,210.66 |
| **Sunbelt Rentals AMEX**<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Lasha Carson<br>614-541-5340<br>lasha.carson@sunbeltrentals.com | Equipment Rental | | | | $553,402.65 |
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | Shawn McDowell<br>shawn.m.mcdowell@aexp.com<br>512-894-5044<br>480-296-6784 | Company Credit Card | | | | $485,969.46 |
| **Vinson & Elkins**<br>PO Box 301019<br>Dallas, TX 75303-1019 | Erec R. Winandy<br>713-758-2222<br>ewinandy@velaw.com | Professional Services | | | $10,000 Retainer | $291,448.44 |
| **3M Open**<br>11074 Rodisson Rd.<br>Blaine, MN 55449 | Jennifer Hines<br>763-783-9000<br>jhines@3mopen.com | Overpayment | | | | $244,661.16 |

| Debtor | Aztec/Shaffer, LLC | Case number *(if known)* | 20-35599 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Astros Golf Foundation**<br>501 Crawford Street, Suite 500<br>Houston, TX  77002 | Colby Callaway<br>210-219-3538<br>ccallaway@astrosgolf.com | Overpayment | | | | $139,289.18 |
| **Fabritex, Inc.**<br>1755 Zion CME Church Rd.<br>Hartwell, GA 30643 | Alexis Joiner<br>706-376-6584 x225<br>alexis@fabritex.com | Rental Inventory | | | | $134,050.50 |
| **Mainline Carpets**<br>PO BOX 3026<br>Dalton, GA 30721 | Sandra Bailey<br>800-227-3083<br>sandrabailey@mainlinecarpets.com | Carpet/Mesh | | | | $133,967.64 |
| **Sanderson Farms Championship**<br>576 Highland Colony Parkway Suite 110<br>Ridgeland, MS 39157 | Jonah Beck<br>601-898-4653<br>jonah@sandersonfarmschampionship.com | Overpayment | | | | $129,390.75 |
| **Absolute Logistics, LLC**<br>PO Box 1832<br>Ardmore, OK 73402 | Peggy Reece<br>580-798-4310<br>absoluteinc@cableone.net | Freight | | | | $103,625.00 |
| **Exeter 10901 Tanner, L.P.**<br>101 West Elm Street, Suite 600<br>Conshohocken, PA 19428 | Tammy Diezi<br>832-256-7991<br>tdiezi@exeterpg.com | Rent | | | $145,000 Security Deposit | $102,000.00 |
| **Amerisure Mutual Insurance Co.**<br>Lockbox #730502<br>Dallas, TX 75373-0502 | Shari Fowler-Fazica<br>800-842-0626<br>slower@amerisure.com | Insurance | | | | $92,502.32 |
| **Latham & Watkins**<br>PO BOX 2130<br>Carol Stream, IL 60132-2130 | Cathy Birkeland<br>312-876-7700<br>cathy.berkeland@lw.com | Professional Services | | | $50,000 Retainer | $86,781.28 |
| **UnitedHealthcare**<br>22561 Network Place<br>Chicago, IL 60673-1225 | Jane Mayer<br>218-279-7933<br>jane_a_mayer@uhc.com | Benefits | | | | $71,434.27 |
| **Enterprise FM Trust**<br>PO Box 800089<br>Kansas City, MO 64180-0089 | Allen Caswell<br>713-300-9115<br>Allen.L.Caswell@efleets.com | Fleet | | | | $70,970.33 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Aztec/Shaffer, LLC**
Name

Case number *(if known)* **20-35599**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wrinkle, Gardner & Company, P.C.**<br>PO Box 1707<br>Friendswood, TX 77549 | Sandy Reeves<br>281-338-1120<br>sreeves@wrinklegardner.com | Professional Services | | | | $67,040.21 |
| **Extended Stay**<br>PO Box 49289<br>Charlotte, NC 28277-0076 | Cori Alvidrez<br>980-345-1654<br>calvidrez@extendedstay.com | Housing | | | | $64,425.16 |
| **Texas Outhouse**<br>PO Box 4509-1<br>Houston, TX 77210-4509 | Paulette Atkins<br>713-785-8051<br>collections@gtxwaste.com | Sub-Rental | | | | $64,235.16 |
| **Trinity Logistics Inc.**<br>PO Box 536203<br>Pittsburgh, PA 15253 | Jolene Moorefield<br>443-245-1110<br>jolene.moorefield@trinitylogistics.com | Freight | | | | $45,295.00 |
| **alterDomus**<br>225 W. Washington Street, 9th Floor<br>Chicago, IL  60606 | Sam Buhler<br>312-605-1009<br>samuel.buhler@alterdomus.com | AIG Agent Fees | | | | $40,000.00 |
| **Event Carpet Pros, Inc.**<br>14301 Alondra Blvd.<br>La Mirada, CA 90638 | Alma Recinos<br>714-522-7600<br>alma@eventcarpetpros.com | Merchandise | | | | $35,712.00 |
| **Volm Companies, Inc.**<br>BIN 88589<br>Milwaukee, WI 53288-0589 | Monica Peterson<br>715-627-3637<br>ar@volmcompanies.com | Carpet/Mesh | | | | $34,885.44 |
| **Fred's Tents**<br>420 Hudson River Road<br>Waterford, NY 12188 | Linda<br>518-233-8368<br>linda@wemaketents.com | Sub-Rental | | | | $34,565.30 |
| **Midsouth Glass Co., Inc.**<br>330 S. Parkway W.<br>Memphis, TN 38109 | Nancy Jordan<br>901-947-4146<br>nancy@midco-mfg.com | Rental Inventory | | | | $28,344.00 |
| **Hendee Enterprises, Inc.**<br>9350 South Point Drive<br>Houston, TX 77054 | Michelle Canady<br>713-796-6152<br>michellec@hendee.com | Supplies | | | | $27,886.76 |
| **Lyondell Chemical Company**<br>c/o APR<br>PO Box 370<br>Mt. Pleasant, SC 29465 | Adam Fontaine<br>843-416-2484<br>afontaine@apaudit.com | Overpayment | | | | $24,491.31 |

| Debtor | Aztec/Shaffer, LLC | Case number *(if known)* | 20-35599 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Best Value Carriers, LLC**<br>**2526 Valleydale Road**<br>**Hoover, AL 35244** | Harry Doles<br>855-293-2378<br>bvc.harry@gmail.com | Freight | | | | $22,940.00 |
| **Meyer, Knight & Williams**<br>**8100 Washington Avenue**<br>**Suite 1000**<br>**Houston, TX 77007** | 713-868-2222<br>ldk@mkwlaw.com | Professional Services | | | | $21,489.45 |