**Exhibit C**

**Transmittal Email**

# David Curry

| | |
|---|---|
| **From:** | Matthew Okin |
| **Sent:** | Tuesday, November 17, 2020 8:50 PM |
| **To:** | David Curry; Ryan O'Connor |
| **Subject:** | FW: Cortland/Aztec - Pledge Enforcement Letter |
| **Attachments:** | Cortland_Aztec - Pledge Enforcement Letter (Executed)_80483546_1.PDF |



**Matthew Okin**
Okin Adams LLP
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 228-4101
Main: (713) 228-4100
Fax: (888) 865-2118
mokin@okinadams.com
www.okinadams.com
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Kelly Williams <kelly.williams@aztecusa.com>
**Sent:** Tuesday, November 17, 2020 8:49 PM
**To:** Matthew Okin <mokin@okinadams.com>
**Subject:** FW: Cortland/Aztec - Pledge Enforcement Letter

## A. Kelly Williams

Managing Director
601 W. 6th St.
Houston, Texas 77007

**M:** 713.851.9406

**O:** 713.699.0088

**F:** 832.747.9934

Aztec/Shaffer, LLC

 

www.aztecusa.com  www.shaffersports.com

**From:** Anastasia.Sotiropoulos@hklaw.com <Anastasia.Sotiropoulos@hklaw.com>
**Sent:** Tuesday, November 17, 2020 5:58 PM
**To:** Kelly Williams <kelly.williams@aztecusa.com>; ldk@mkwlaw.com

1

**Cc:** legal@alterdomus.com; samuel.buhler@alterdomus.com; Dustin.Thompson@alterdomus.com; Gavin.White@alterdomus.com; Joey.Catania@alterdomus.com; Joshua.Spencer@hklaw.com
**Subject:** Cortland/Aztec - Pledge Enforcement Letter

[**WARNING**: *External Email* ]

All,

Reference is made to that certain First Lien Credit Agreement dated as of February 13, 2019 (as amended, restated, supplemented or otherwise modified and in effect as of the date hereof, the "Credit Agreement"), by and among Aztec / Shaffer, LLC, as borrower ("Borrower"), ASAIG, LLC as guarantor ("ASAIG"), Cortland Capital Market Services LLC as Term Loan Agent and collateral agent ("Collateral Agent"), Texas Capital Bank, National Association, as the Revolving Agent, and the financial institutions party thereto from time to time as lenders.

On behalf of Cortland Capital Market Services LLC, in its capacity as Collateral Agent, attached please find the executed Pledge Enforcement Letter.

Please confirm receipt.

Best,
Anastasia

**Anastasia Sotiropoulos** | **Holland & Knight**
Associate
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.928.6036 | Fax 312.578.6666
anastasia.sotiropoulos@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.