**Exhibit E**

**Letters of Support**

  

November 19, 2020

To Whom it May Concern:

My name is Andrew Harmatys, and I am the Senior Vice President, Tournament Affairs & Events for the Farmers Insurance Open at Torrey Pines Golf Course in San Diego, California.

Our PGA TOUR tournament is hosted by the Century Club of San Diego. We have used Shaffer Sports to build our tournament over the last several years and with their support, the hospitality structures provided by Shaffer have continued to get better and better over the years because of the leadership of Mike Hanks and Kelly Williams. I believe their leadership of Shaffer Sports is essential to the successful operation and longevity of the company, and that success is paramount to the continued success of our golf tournament.

Replacing Mike and Kelly would be a huge mistake. Under their leadership, Shaffer Sports has moved to a whole new level of execution for the Farmers Insurance Open and many other PGA TOUR events. Our tournament needs these two guys leading the organization now and in the future.

Thank you for your time.

Sincerely,

Andrew Harmatys
Senior Vice President, Tournament Affairs & Events
The Century Club of San Diego | The Farmers Insurance Open



**TOURNAMENT EXECUTIVE LEADERSHIP**

**ROB HOOD**
Tournament Chairman

**KIP ADAMS**
Colonial Country Club President

**MICHAEL TOTHE**
Tournament Director

**EXECUTIVE COMMITTEE**
Platt Allen III
Jay Dill
Rob Doby
Elliott Garsek
Rick Hopwood
Chris Kenney
Jim Leito III
Mark Milrany
Harold Muckleroy
Craig Nicholson
Bobby Patton
Trey Penny
Chuck Scherer
Wallace Schmuck
David Walker
Jim Whitten

November 19, 2020

"Whom it may concern"

For more than 30 years, Shaffer/Aztec sports have been pivotal in the production of our event. For 75 years we have hosted our annual event and there has not been a longer partner than Shaffer/Aztec Sports. Our business model is one that relies on a competent partner to build temporary venues where companies of all levels and sectors can rent and secure for their own individual business needs during our week on the PGA TOUR. Shaffer/Aztec sports has been that as mentioned for 30 plus years.

In that 30 year time frame the management team in place has always had our best interests. It is our understanding change in current management is being discussed, for Colonial given the complexities of our event, any change in leadership and management would be something that we would consider detrimental to the execution of our event in Fort Worth and would erg the court overseeing this case to understand that concept and rule in favor of keeping the current management team in place.

Thank you,



Michael Tothe
Tournament Director – Charles Schwab Challenge.



**FedEx**

3735 Country Club Circle • Fort Worth, TX 76109 • charlesschwabchallenge.com • (817) 927-4280



November 19, 2020

To Whom It May Concern:

My name is Rick Abbott, and I am the Chief Operating Officer at the Circuit of The Americas in Austin, Texas. On an annual basis, we host the following race series: Spring – MotoGP Red Bull Grand Prix of The Americas; early Summer – NASCAR; and in the fall – Formula 1 United States Grand Prix. We have used Shaffer Sports to build our tournament for many years. Our race weekends have grown, and we would not have been able to do it without the professionalism, experience, and caring of our account by Mike Hanks and Kelly Williams. I believe their leadership of Shaffer Sports is essential to the successful operation and longevity of the company.

It is very important to all of us here at The Circuit of The Americas that we have strong leadership, continued leadership, and a solid "Partnership" with a vendor who holds a huge portion of our success in their hands. I wish to strongly advocate for keeping the structure consistent, especially now more than ever. We all have had enough change in our lives… this is not the time to cause more turmoil… in my honest opinion.

I am free to discuss at any time.

As always,

Rick Abbott
Chief Operating Officer
Circuit of The Americas
Rick.Abbott@TheCircuit.com
Ofc:  512-665-6450
Cell:  860-771-3737