**Aztec / Shaffer, LLC, *et al*.**
**Exhibit A - Bank Accounts**

| ACCOUNT NUMBER | BANK NAME | ACCOUNT HOLDER | TYPE OF ACCOUNT | BALANCE AS OF PETITION DATE |
|---|---|---|---|---|
| 1111217137 | Texas Capital Bank, N.A. | Aztec / Shaffer, LLC | Checking Disbursement | $ 77,008.18 |
| 3111035949 | Texas Capital Bank, N.A. | Aztec / Shaffer, LLC | Checking Receivable | $ 5,462.98 |
| 3111035956 | Texas Capital Bank, N.A. | Aztec / Shaffer, LLC | Payroll | $ - |
| 1111223929 | Texas Capital Bank, N.A. | Aztec / Shaffer, LLC | PPP | $ - |
| | | | | $ 82,471.16 |