Aztec Shaffer, LLC
Exhibit A
Employee Wages

| Wage Type | Name | Entity | Position | Work Location | Annual Salary | Biweekly | Hourly | Estimated Prepetition Wages Owed Gross Pay | Employer Taxes & Fees |
|---|---|---|---|---|---|---|---|---|---|
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 68,000.14 | $ 2,615.39 | | $ 1,641.18 | $ 117.10 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | $ 54,002.00 | $ 2,077.00 | | $ 1,246.20 | $ 85.49 |
| Salary | | Aztec Shaffer L.L.C. | Executive | Houston - 6th St. | $ 185,725.02 | $ 7,143.27 | | $ 4,285.92 | $ 51.73 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | $ 58,500.00 | $ 2,250.00 | | $ 1,080.00 | $ 82.62 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 71,400.16 | $ 2,746.16 | | $ 2,016.91 | $ 144.86 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 44,000.06 | $ 1,692.31 | | $ 1,015.38 | $ 67.97 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 36,000.12 | $ 1,384.62 | | $ 830.76 | $ 54.13 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 40,500.20 | $ 1,557.70 | | $ 934.62 | $ 71.50 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 65,000.00 | $ 2,500.00 | | $ 1,998.44 | $ 117.69 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - Tanner Rd | $ 126,000.16 | $ 4,846.16 | | $ 2,907.66 | $ 183.11 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 47,500.18 | $ 1,826.93 | | $ 1,096.14 | $ 75.69 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - Tanner Rd | $ 60,840.00 | $ 2,340.00 | | $ 1,404.00 | $ 97.98 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 65,524.16 | $ 2,520.16 | | $ 2,418.09 | $ 179.52 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | $ 45,000.02 | $ 1,730.77 | | $ 1,038.42 | $ 22.75 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | $ 90,000.04 | $ 3,461.54 | | $ 2,076.90 | $ 132.00 |
| Salary | P | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | $ 63,000.08 | $ 2,423.08 | | $ 1,453.80 | $ 111.21 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | $ 54,000.18 | $ 2,076.93 | | $ 872.28 | $ 63.95 |
| Salary | a | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | $ 54,000.18 | $ 2,076.93 | | $ 1,246.14 | $ 92.28 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 88,083.32 | $ 3,387.82 | | $ 2,104.68 | $ 122.81 |
| Salary | h | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 62,100.22 | $ 2,388.47 | | $ 1,433.04 | $ 100.20 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 56,583.28 | $ 2,176.28 | | $ 1,701.72 | $ 120.05 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | $ 67,500.42 | $ 2,596.17 | | $ 1,557.66 | $ 102.55 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 58,500.00 | $ 2,250.00 | | $ 1,350.00 | $ 91.77 |
| Salary | | Aztec Shaffer L.L.C. | Director | Houston - 6th St. | $ 450,000.20 | $ 17,307.70 | | $ 10,384.62 | $ 244.03 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 87,000.16 | $ 3,346.16 | | $ 2,561.53 | $ 184.47 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | $ 58,383.26 | $ 2,245.51 | | $ 1,419.30 | $ 98.87 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 71,190.08 | $ 2,738.08 | | $ 1,642.80 | $ 125.68 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 58,500.00 | $ 2,250.00 | | $ 1,350.00 | $ 97.72 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 73,800.22 | $ 2,838.47 | | $ 1,703.04 | $ 95.40 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 60,363.42 | $ 2,321.67 | | $ 1,464.96 | $ 96.24 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 56,100.20 | $ 2,157.70 | | $ 1,321.62 | $ 91.67 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 44,000.06 | $ 1,692.31 | | $ 1,015.38 | $ 66.33 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 113,400.04 | $ 4,361.54 | | $ 2,616.90 | $ 187.08 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 103,050.22 | $ 3,963.47 | | $ 2,378.04 | $ 161.25 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 56,700.02 | $ 2,180.77 | | $ 1,308.42 | $ 100.09 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 43,200.30 | $ 1,661.55 | | $ 996.90 | $ 65.04 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 66,600.04 | $ 2,561.54 | | $ 1,548.90 | $ 104.38 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 133,000.14 | $ 5,115.39 | | $ 3,069.18 | $ 180.94 |
| Salary | | Aztec Shaffer L.L.C. | Executive | Houston - 6th St. | $ 332,500.22 | $ 12,788.47 | | $ 7,673.04 | $ 164.95 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 61,200.10 | $ 2,353.85 | | $ 1,412.28 | $ 108.04 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 58,000.02 | $ 2,230.77 | | $ 1,338.42 | $ 102.39 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 36,000.12 | $ 1,384.62 | | $ 830.76 | $ 63.56 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - Tanner Rd | $ 57,060.12 | $ 2,194.62 | | $ 1,316.76 | $ 88.67 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | $ 54,000.18 | $ 2,076.93 | | $ 1,246.14 | $ 83.21 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 61,200.10 | $ 2,353.85 | | $ 1,412.28 | $ 104.89 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 81,000.14 | $ 3,115.39 | | $ 1,869.18 | $ 129.53 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - Tanner Rd | $ 58,394.18 | $ 2,245.93 | | $ 1,347.54 | $ 92.23 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 46,800.00 | $ 1,800.00 | | $ 980.00 | $ 70.55 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 49,500.10 | $ 1,903.85 | | $ 1,142.28 | $ 85.25 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 83,700.24 | $ 3,219.24 | | $ 1,931.52 | $ 137.80 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 63,000.08 | $ 2,423.08 | | $ 1,453.80 | $ 80.19 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 50,400.22 | $ 1,938.47 | | $ 1,163.04 | $ 80.82 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | $ 65,700.18 | $ 2,526.93 | | $ 1,516.14 | $ 115.99 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 90,000.04 | $ 3,461.54 | | $ 2,076.90 | $ 128.89 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 42,120.00 | $ 1,620.00 | | $ 972.00 | $ 61.57 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | $ 111,300.02 | $ 4,280.77 | | $ 3,306.92 | $ 243.83 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | $ 47,250.06 | $ 1,817.31 | | $ 1,090.38 | $ 83.41 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 76,500.06 | $ 2,942.31 | | $ 1,765.38 | $ 108.16 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 128,450.14 | $ 4,940.39 | | $ 2,964.28 | $ 42.99 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 90,900.16 | $ 3,496.16 | | $ 2,097.66 | $ 148.97 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 82,800.12 | $ 3,184.62 | | $ 1,910.76 | $ 135.23 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 40,500.20 | $ 1,557.70 | | $ 934.62 | $ 71.50 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 78,183.30 | $ 3,007.05 | | $ 1,876.20 | $ 134.10 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 163,400.12 | $ 6,284.62 | | $ 3,770.76 | $ 52.71 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 49,500.10 | $ 1,903.85 | | $ 1,142.28 | $ 87.38 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 33,696.00 | $ 1,296.00 | | $ 777.60 | $ 57.44 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 55,800.16 | $ 2,146.16 | | $ 1,287.66 | $ 90.34 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 54,900.04 | $ 2,111.54 | | $ 1,266.90 | $ 92.18 |
| Salary | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | $ 60,300.24 | $ 2,319.24 | | $ 1,391.52 | $ 103.70 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 46,800.00 | $ 1,800.00 | | $ 1,080.00 | $ 64.97 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 58,050.20 | $ 2,232.70 | | $ 1,339.62 | $ 85.65 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 59,904.00 | $ 2,304.00 | | $ 1,382.40 | $ 94.52 |
| Salary | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | $ 54,000.18 | $ 2,076.93 | | $ 1,246.14 | $ 95.33 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | $ 45,000.02 | $ 1,730.77 | | $ 1,296.42 | $ 90.12 |
| Salary | | Aztec Shaffer L.L.C. | Director | Houston - 6th St. | $ 450,000.20 | $ 17,307.70 | | $ 10,384.62 | $ 244.03 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | $ 28,085.20 | $ 1,080.20 | | $ 720.12 | $ 42.86 |
| Salary | | Aztec Shaffer L.L.C. | Sales | Houston - Tanner Rd | $ 52,000.00 | $ 2,000.00 | | $ 1,200.00 | $ 82.66 |
| Salary | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | $ 78,600.08 | $ 3,023.08 | | $ 2,183.05 | $ 153.52 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 14.50 | $ 582.61 | $ 44.56 |

Aztec Shaffer, LLC
Employee Summary

| Wage Type | Name | Entity | Position | Work Location | Annual Salary | Biweekly | Hourly | Estimated Prepetition Wages Owed Gross Pay | Employer Taxes & Fees |
|---|---|---|---|---|---|---|---|---|---|
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 21.75 | $ 1,062.49 | $ 81.28 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 15.00 | $ 783.45 | $ 59.94 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 14.00 | $ 646.52 | $ 47.34 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 12.00 | $ 592.14 | $ 45.31 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 20.00 | $ 658.41 | $ 67.84 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 11.00 | $ 444.95 | $ 34.04 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 18.00 | $ 702.54 | $ 53.74 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 14.00 | $ 673.40 | $ 51.51 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 17.00 | $ 658.41 | $ 49.39 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 16.00 | $ 805.12 | $ 56.00 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 12.50 | $ 605.26 | $ 45.39 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 11.00 | $ 537.57 | $ 41.13 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 15.50 | $ 819.49 | $ 62.68 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 14.00 | $ 669.90 | $ 51.25 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 22.00 | $ 854.26 | $ 59.42 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 13.00 | $ 631.02 | $ 41.68 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 14.00 | $ 688.80 | $ 52.69 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 486.50 | $ 37.21 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 10.50 | $ 509.36 | $ 38.06 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 14.00 | $ 616.07 | $ 47.13 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 373.20 | $ 28.55 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 18.00 | $ 967.86 | $ 74.04 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 19.00 | $ 848.73 | $ 59.02 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.00 | $ 814.50 | $ 62.31 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.00 | $ 787.65 | $ 52.09 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 17.00 | $ 634.44 | $ 48.54 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 17.00 | $ 391.51 | $ 24.35 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 11.00 | $ 534.93 | $ 39.15 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 13.00 | $ 598.91 | $ 39.89 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 14.00 | $ 665.28 | $ 49.63 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 490.75 | $ 37.54 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.50 | $ 643.25 | $ 45.16 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 16.00 | $ 745.04 | $ 51.39 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.00 | $ 894.15 | $ 68.41 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 12.00 | $ 487.44 | $ 37.29 |
| Hourly | | Aztec Shaffer L.L.C. | Administrative | Houston - Tanner Rd | | | $ 14.75 | $ 672.31 | $ 51.43 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 17.00 | $ 871.42 | $ 64.51 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 11.00 | $ 537.13 | $ 41.09 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.00 | $ 602.25 | $ 40.05 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.50 | $ 928.07 | $ 63.78 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 13.00 | $ 510.90 | $ 39.09 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 13.00 | $ 641.94 | $ 49.11 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 14.00 | $ 686.14 | $ 51.59 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 14.00 | $ 681.80 | $ 48.35 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 15.50 | $ 620.31 | $ 47.45 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 11.00 | $ 546.43 | $ 39.39 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 19.50 | $ 939.51 | $ 66.94 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 17.79 | $ 744.87 | $ 56.99 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 19.00 | $ 910.67 | $ 64.34 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 15.00 | $ 574.05 | $ 41.47 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 10.50 | $ 515.61 | $ 31.90 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 14.00 | $ 686.77 | $ 51.63 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 15.50 | $ 733.62 | $ 56.13 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 16.00 | $ 644.80 | $ 45.00 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 10.50 | $ 514.92 | $ 39.39 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 18.00 | $ 661.50 | $ 49.71 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 16.50 | $ 844.80 | $ 63.18 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 489.35 | $ 37.43 |
| Hourly | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | | | $ 19.00 | $ 760.00 | $ 52.83 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 15.00 | $ 607.20 | $ 45.55 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 15.00 | $ 592.05 | $ 45.28 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 15.75 | $ 129.47 | $ 5.58 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 19.00 | $ 912.00 | $ 67.33 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 491.20 | $ 37.57 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 12.00 | $ 504.36 | $ 38.59 |
| Hourly | | Aztec Shaffer L.L.C. | Administrative | Houston - Tanner Rd | | | $ 20.00 | $ 947.00 | $ 64.90 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 13.00 | $ 698.69 | $ 53.44 |
| Hourly | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | | | $ 25.00 | $ 1,230.63 | $ 89.11 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 409.30 | $ 31.31 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 14.00 | $ 677.04 | $ 51.79 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 488.70 | $ 37.38 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 14.00 | $ 684.60 | $ 52.37 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 14.00 | $ 754.67 | $ 57.73 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 14.00 | $ 659.68 | $ 50.47 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 12.00 | $ 296.16 | $ 22.65 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 18.00 | $ 881.64 | $ 67.45 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 15.00 | $ 768.68 | $ 58.81 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 17.00 | $ 705.50 | $ 53.97 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 13.00 | $ 623.61 | $ 47.70 |

## Aztec Shaffer, LLC
### Employee Summary

| | | | | | | | Estimated Prepetition Wages Owed | |
|---|---|---|---|---|---|---|---|---|
| Wage Type | Name | Entity | Position | Work Location | Annual Salary | Biweekly | Hourly | Gross Pay | Employer Taxes & Fees |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 17.00 | $ 634.10 | $ 47.36 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 18.00 | $ 851.76 | $ 65.16 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 419.70 | $ 32.12 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.00 | $ 661.20 | $ 50.59 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 481.65 | $ 28.36 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 17.00 | $ 763.64 | $ 52.49 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 16.00 | $ 804.88 | $ 60.67 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 19.50 | $ 990.11 | $ 71.10 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 12.00 | $ 568.08 | $ 39.13 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 13.00 | $ 709.61 | $ 54.29 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 14.00 | $ 571.97 | $ 41.30 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 19.00 | $ 793.35 | $ 60.69 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 13.00 | $ 537.29 | $ 34.89 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 15.00 | $ 1,007.70 | $ 74.92 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.50 | $ 755.78 | $ 57.82 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 12.50 | $ 295.25 | $ 22.59 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 13.25 | $ 525.36 | $ 31.97 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 13.00 | $ 628.16 | $ 48.06 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 18.00 | $ 607.14 | $ 46.45 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 17.50 | $ 921.55 | $ 64.30 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 13.00 | $ 705.38 | $ 53.05 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 19.50 | $ 1,035.55 | $ 79.22 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 16.00 | $ 522.08 | $ 14.61 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 13.00 | $ 516.62 | $ 37.72 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 19.50 | $ 950.24 | $ 72.69 |
| Hourly | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | | | $ 15.50 | $ 756.09 | $ 52.53 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 487.70 | $ 37.31 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 407.60 | $ 31.18 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 13.25 | $ 634.94 | $ 47.30 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 13.50 | $ 648.00 | $ 47.39 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 26.44 | $ 984.36 | $ 73.13 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 18.00 | $ 921.15 | $ 70.47 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 19.00 | $ 778.62 | $ 57.32 |
| Hourly | a | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 18.00 | $ 769.86 | $ 57.02 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 15.00 | $ 626.55 | $ 47.93 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 12.00 | $ 469.20 | $ 33.73 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 19.50 | $ 894.66 | $ 64.39 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 16.00 | $ 640.32 | $ 48.99 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 401.30 | $ 30.69 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 13.50 | $ 661.77 | $ 50.63 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 11.50 | $ 566.50 | $ 36.57 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 14.00 | $ 638.68 | $ 43.56 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 16.00 | $ 1,074.00 | $ 76.27 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 16.00 | $ 651.20 | $ 49.82 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 17.00 | $ 834.87 | $ 63.86 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 11.00 | $ 540.05 | $ 41.32 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 12.00 | $ 588.36 | $ 45.01 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 14.00 | $ 696.71 | $ 50.57 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 19.00 | $ 770.83 | $ 55.17 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 18.00 | $ 822.60 | $ 61.15 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 19.50 | $ 936.00 | $ 67.56 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 16.00 | $ 728.00 | $ 55.70 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 401.70 | $ 30.72 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 15.00 | $ 754.05 | $ 57.68 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 14.00 | $ 550.48 | $ 42.12 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 14.00 | $ 687.47 | $ 52.59 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 20.00 | $ 1,012.60 | $ 71.19 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 10.00 | $ 996.30 | $ 76.22 |
| Hourly | | Aztec Shaffer L.L.C. | Sales | Houston - 6th St. | | | $ 12.00 | $ 533.64 | $ 35.80 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 15.50 | $ 760.28 | $ 56.01 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 13.50 | $ 486.00 | $ 37.18 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 23.00 | $ 1,109.75 | $ 80.85 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 14.00 | $ 941.85 | $ 72.05 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 14.00 | $ 726.32 | $ 55.56 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 489.30 | $ 37.44 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 15.50 | $ 666.97 | $ 45.86 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 18.00 | $ 714.06 | $ 44.46 |
| Hourly | | Aztec Shaffer L.L.C. | Administrative | Houston - 6th St. | | | $ 15.00 | $ 604.20 | $ 42.17 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 13.00 | $ 630.37 | $ 47.32 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - Tanner Rd | | | $ 19.00 | $ 854.91 | $ 58.46 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 12.00 | $ 507.90 | $ 34.81 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 410.70 | $ 31.41 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | Houston - 6th St. | | | $ 18.00 | $ 936.54 | $ 65.05 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 13.50 | $ 589.21 | $ 45.07 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - Tanner Rd | | | $ 30.00 | $ 1,325.10 | $ 99.81 |
| Hourly | | Aztec Shaffer L.L.C. | Operations | Houston - 6th St. | | | $ 19.00 | $ 1,084.90 | $ 78.93 |
| Hourly | | Aztec Shaffer L.L.C. | Field personnel | National Event Sites | | | $ 10.00 | $ 409.90 | $ 31.35 |
| | ADP Processing Fee | | | | | | $ 7,120.00 | | $ 4,272.00 |
| | | | | | | | | $ 256,248.73 | $ 20,489.22 |