**Aztec / Shaffer, LLC,** *et al*.
**Exhibit A - Utility Service List**

| Utility Provider Name | Street Address | City | State | Zip Code | Utility Service | Service Address | Outstanding Balance | Montly Estimate |
|---|---|---|---|---|---|---|---|---|
| AT&T | P.O. Box 105414 | Atlanta | GA | 30348-5414 | TELEPHONE | 601 West 6th Street, Houston, TX 77007 | $ - | $ 397.10 |
| Centerpoint Energy | P.O. Box 4981 | Houston | TX | 77210-4981 | GAS BILL | 601 West 6th Street, Houston, TX 77007 | $ - | $ 1,127.55 |
| City Of Houston | P.O. Box 1560 | Houston | TX | 77251 | WATER BILL | 601 West 6th Street, Houston, TX 77007 | $ - | $ 2,084.49 |
| City Of Houston | P.O. Box 1560 | Houston | TX | 77251 | WATER BILL | 701 West 6th Street, Houston, TX 77007 | $ - | $ 166.08 |
| Comcast | P.O. Box 37601 | Philadelphia | PA | 19101-0601 | WIFI/PHONE | 10901 Tanner Rd., Houston, TX 77041 | $ - | $ 1,941.48 |
| Comcast Business | P.O. Box 37601 | Philadelphia | PA | 19101-0601 | WIFI/PHONE | 601 West 6th Street, Houston, TX 77007 | $ 2,654.63 | $ 2,654.63 |
| Efax Corporate | P.O. Box 51873 | Los Angeles | CA | 90051 | ONLINE FAXING | 601 West 6th Street, Houston, TX 77007 | $ 203.22 | $ 210.00 |
| Gainsborough Waste Containers | P.O. Box 4509-2 | Houston | TX | 77210-4509 | WASTE CONTAINERS | Different Locations | $ - | $ 500.00 |
| Hudson Energy 100459314 | P.O. Box 731137 | Dallas | TX | 75373-1137 | LIGHT BILL | 701 West 6th Street, Houston, TX 77007 | $ - | $ 450.00 |
| Hudson Energy 100462284 | P.O. Box 731137 | Dallas | TX | 75373 | LIGHT BILL | 601 West 6th Street, Houston, TX 77007 | $ - | $ 4,328.44 |
| Hudson Energy 300015426 | P.O. Box 731137 | Dallas | TX | 75373-1137 | LIGHT BILL | 601 1/3 West 6th Street, Houston, TX 77007 | $ 18.01 | $ 18.01 |
| Verizon Wireless | P.O. Box 660108 | Dallas | TX | 75266-0108 | TELEPHONE | 601 West 6th Street, Houston, TX 77007 | $ 66.66 | $ 24,000.00 |
| Waste Management of Texas, Inc | 9821 Katy Freeway, Suite 700 | Houston | TX | 77024 | WASTE CONTAINERS | Different Locations | $ 46.29 | $ 1,500.00 |
| | | | | | | | 2,988.81 | 39,377.78 |