**Aztec / Shaffer, LLC,** *et al* **.**
**Exhibit A - Critical Vendors**

| Vendor Name | Due Date | Due | Description | Payment Method |
|---|---|---|---|---|
| Adobe cloud | | Monthly | Acrobat and Cloud programs | AMERICAN EXPRESS |
| ADP, LLC | 21-28 | Monthly | Payroll Fees | AUTO DEBIT TO BANK ACCOUNT |
| ADT | | Monthly | Fire alarm and Security | CHECK |
| Attendance on Demand | 8-Apr | Monthly | Employees Time In Services | AUTO DEBIT TO BANK ACCOUNT |
| Autocad | | Annual | CAD dept | AMERICAN EXPRESS |
| Bay Oil Company Auto Draft | | Net 30 | Fuel | AUTO DEBIT TO BANK ACCOUNT |
| Canon Financial | 10TH | MONTHLY | EQUIPMENT RENTAL | AMERICAN EXPRESS |
| Crown Lease | 9-Jul | Monthly | Equipment Lease | AUTO DEBIT TO BANK ACCOUNT |
| Data Axle | 21ST-22ND | MONTHLY | A/R CREDIT CHECK | AMERICAN EXPRESS |
| De Lage Landen Financial | 17-Mar | Monthly | Equipment Lease | AUTO DEBIT TO BANK ACCOUNT |
| Dell Marketing L.P. | 3-Jan | Monthly | Computer Lease | AUTO DEBIT TO BANK ACCOUNT |
| Detergent Services | | Monthly | Detergent Services | CHECK |
| Efax Corporate | | Monthly | ONLINE FAXING | CHECK |
| Elevology/Elevate Technology (2) | 1ST | MONTHLY | VIRTUAL DEDICATED SERVER | AMERICAN EXPRESS |
| Enterprise | | Monthly | TRUCK RENTAL | CHECK |
| Exeter 10901 Tanner, L.P. | | Monthly | RENT | CHECK |
| Extendedstay | | Monthly | HOUSING | CHECK |
| Fed-Ex | | Net 30 | Shipping Services | AUTO DEBIT TO BANK ACCOUNT |
| Ferrellgas | | Monthly | Fuel Euipment | CHECK |
| Five VP Texas, LP. | | Monthly | HOUSING | CHECK |
| Forklift System | | WEEKLY | FORKLIFT MAINTENANCE | AMERICAN EXPRESS |
| HCTRA EZ Tag Rebill | | EVERY 3-4 DAYS | EZ TAG | AMERICAN EXPRESS |
| Iworks | | Monthly | STAFFING | CHECK |
| Johnson Family Interest | | Monthly | EQUIPMENT RENTAL | CHECK |
| Johnson Family Trust | | Monthly | RENT | CHECK |
| Kensington | | Monthly | Housing | CHECK |
| Marimon | | Monthly | Equipment Rental | CHECK |
| Matheson | | Monthly | Tank Gas for Welding | CHECK |
| Microsoft (6) | 9TH-13TH | MONTHLY | SOFTWARE | AMERICAN EXPRESS |
| Mueller | | Monthly | Supplies for Kitchen | CHECK |
| NeoRhino | | Monthly | DATTO backup for servers | CHECK |
| Optimum Consultancy Services | | Monthly | SHAREPOINT SOFTWARE | CHECK |
| Orkin | | Monthly | Pest Control | CHECK |
| Pitney Bowes | | Monthly | EQUIPMENT RENTAL | CHECK |
| Point of Rental | | Monthly | SOFTWARE | CHECK |
| Sprint | 29TH | MONTHLY | GPS TRACKERS | AMERICAN EXPRESS |
| Sunbelt | | Monthly | EQUIPMENT RENTAL | CHECK |
| Verizon | 21ST | MONTHLY | TELEPHONE | AMERICAN EXPRESS |
| Vision 33 | 8-Feb | Monthly | Software Maintenance | AUTO DEBIT TO BANK ACCOUNT |
| Wright Express | 27-29 | Monthly | Fuel | AUTO DEBIT TO BANK ACCOUNT |