

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/23/2020

| | | |
|---|---|---|
| IN RE: | § | |
| AZTEC/SHAFFER, LLC, *et al* | § | CASE NO: 20-35599 |
| | § | |
| ASAIG, LLC, | § | CASE NO: 20-35600 |
| | § | Jointly Administered Order |
| Debtors. | § | |
| | § | CHAPTER 11 |

## ORDER STRIKING PETITION

For the reason set forth on the record on this date, the petition filed in case 20-35599 is stricken. The case is closed.

Case 20-35600 remains as an open and active chapter 11 bankruptcy case.